# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                Crim. No. 5:12-CR-350-1BO

Moustafa Yousef Shabaneh

     On December 5, 2013, the above named was placed on supervised release for a period of three years. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                               Respectfully submitted,

/s/Michael C. Brittain                                    /s/Timothy L. Gupton
Michael C. Brittain                                           Timothy L. Gupton
Senior U.S. Probation Officer                         U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this    **4**    day of   **February**  , 2016.

                                                          Terrence W. Boyle
                                                          U.S. District Judge